O

FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA15-445M-1 |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| MICHAEL J. RICHARDSON, | |
| Defendant. | |

## I.

A.  ( )   On motion of the Government in a case allegedly involving:

  1.   ( )   a crime of violence.

  2.   ( )   an offense with maximum sentence of life imprisonment or death.

  3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

  4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

  5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    ( X )  On motion by the Government/(  ) on Court's own motion, in a case allegedly involving:

(X )  On the further allegation by the Government of:

        1.    (X )  a serious risk that the defendant will flee.

        2.    ( )  a serious risk that the defendant will:

                a.    ( )    obstruct or attempt to obstruct justice.

                b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government (  ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.    (X )  The Court finds that no condition or combination of conditions will reasonably assure:

        1.    (X )  the appearance of the defendant as required.

              (X )   and/or

        2.    (X )  the safety of any person or the community.

B.    ( )  The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.    (✘)    the nature and circumstances of the offense(s) charged.

B.    (✘)    the weight of evidence against the defendant;

C.    (✘)    the history and characteristics of the defendant; and

D.    (✘)    the nature and seriousness of the danger to any person or the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A.    (X)    As to flight risk:

substance abuse issues and extensive abuse history; prior probation and community supervision violations; no employment; outstanding bench warrants; unstable residence; lack of bail resources

B.    ( X )    As to danger:

prior criminal history; substance abuse history; prior violations of community supervision

**VI.**

A.    ( )    The Court finds that a serious risk exists the defendant will:

        1.    ( )    obstruct or attempt to obstruct justice.

        2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

_____

//

//

//

//

Page 3 of 4

1

## VII.

2    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

3

4

5

6    DATED:  <u>August 28, 2015</u>

*Karen E. Scott*

7    KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28