O



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> Michael James Richardson ) <br> Defendant. ) | Case No.: CR15-112-JVS <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central D. of CA  , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  history of failures to appear, ongoing substance abuse

1  _____

2  _____

3     and/or

4  B.    ( ) The defendant has not met his/her burden of establishing by clear and

5        convincing evidence that he/she is not likely to pose a danger to the safety of any

6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7        finding is based on _____

8  _____

9  _____

10 _____

11 _____

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED: __8/8/17__              _/s/ Karen E. Scott_

17                                UNITED STATES MAGISTRATE JUDGE
                                  KAREN E. SCOTT